IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
2:17 CV 00049 D

| | | |
|---|---|---|
| TYRONE SUTTON | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | ORDER |
| NANCY BERRYHILL, | ) | |
| Acting Commissioner of Social | ) | |
| Security, | ) | |
| | ) | |
| Defendant. | ) | |

On motion of the Plaintiff, Tyrone Sutton, to dismiss this suit with prejudice, and it appearing that this action is appropriately dismissed by agreement of the parties it is

ORDERED that this suit be and hereby is dismissed with prejudice from the Court's docket.

SO ORDERED. This 19 day of April 2018.

JAMES C. DEVER III
Chief United States District Judge