UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | |
|---|---|
| TYRONE SUTTON, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NANCY A. BERRYHILL, Acting Commissioner ) <br> of Social Security, ) <br> Defendant. ) | **JUDGMENT IN A CIVIL CASE** <br><br> **CASE NO. 2:17-CV-49-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that on motion of the Plaintiff, Tyrone Sutton, to dismiss this suit with prejudice, and it appearing that this action is appropriately dismissed by agreement of the parties it is ORDERED that this suit be and hereby is dismissed with prejudice from the Court's docket.

**This Judgment Filed and Entered on April 19, 2018, and Copies To:**
Joseph Russell Fentress, IV　　　　　　　　　(via CM/ECF electronic notification)
Wanda D. Mason　　　　　　　　　　　　　 (via CM/ECF electronic notification)

DATE:　　　　　　　　　　　　　　PETER A. MOORE, JR., CLERK
April 19, 2018　　　　　　　　　　(By) /s/ Nicole Briggeman
　　　　　　　　　　　　　　　　　Deputy Clerk